Matter of Peterson v Town of Alexandria (2023 NY Slip Op 04901)

Matter of Peterson v Town of Alexandria

2023 NY Slip Op 04901

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: WHALEN, P.J., SMITH, CURRAN, MONTOUR, AND OGDEN, JJ. (Filed Sept. 29, 2023.) 

MOTION NO. (993/22) CA 21-01495.

[*1]IN THE MATTER OF DANIEL B. PETERSON, PETITIONER-APPELLANT, 
v
TOWN OF ALEXANDRIA, RESPONDENT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument denied.